**Outten & Golden LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Allegra Fishel (AF 4866)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTURO REYES, BRYON GOINS and ARMANDO DE LA FUENTE PERALTA, on behalf of themselves and all others similarly situated, | |
| **Plaintiffs,** | **NOTICE OF APPEARANCE** |
| -against- | |
| BUDDHA-BAR NYC; LITTLE REST TWELVE, INC.; NINA ZAJIC; DAVID KAY; and ABDUL RAHMAN EL JASTIMI a/k/a PETER JASTIMI, | **08-cv-2494** |
| **Defendants.** | |

PLEASE TAKE NOTICE that Justin M. Swartz of Outten & Golden LLP hereby

appears in the above-entitled proceeding on behalf of Plaintiffs, Arturo Reyes, Bryon

Goins, and Armando de la Fuente Peralta, individually, and on behalf of a class of others

similarly situated, and that he hereby demands service upon her of a copy of all

subsequent written communications or notices to said party in this proceeding.

2

Dated:  New York, New York
        March 17, 2008

                                    /s/ Justin M. Swartz
                                    Justin M. Swartz (JS 7989)

                                    Justin M. Swartz (JS 7989)
                                    Outten & Golden LLP
                                    3 Park Avenue, 29th Floor
                                    New York, New York 10016
                                    Telephone:  212-245-1000
                                    *Attorneys for Plaintiffs*

2