**Outten & Golden LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Allegra Fishel (AF 4866)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ARTURO REYES, BRYON GOINS and ARMANDO DE LA FUENTE PERALTA**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>**BUDDHA-BAR NYC; LITTLE REST TWELVE, INC.; NINA ZAJIC; DAVID KAY; and ABDUL RAHMAN EL JASTIMI a/k/a PETER JASTIMI,**<br><br>Defendants. | NOTICE OF APPEARANCE<br><br>08-cv-2494 |

   PLEASE TAKE NOTICE that Allegra Fishel of Outten & Golden LLP hereby appears in the above-entitled proceeding on behalf of Plaintiffs, Arturo Reyes, Bryon Goins, and Armando de la Fuente Peralta, individually, and on behalf of a class of others similarly situated, and that he hereby demands service upon her of a copy of all subsequent written communications or notices to said party in this proceeding.

Dated: New York, New York
March 17, 2008

/s/ Allegra Fishel
Allegra Fishel (AF 4866)

Allegra Fishel (AF 4866)
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: 212-245-1000
*Attorneys for Plaintiffs*