Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARTURO REYES, BRYON GOINS, et al.,

        Plaintiff(s),

-against-　　　　　　　　　　　　　　　　　　　　AFFIDAVIT OF SERVICE
　　　　　　　　　　　　　　　　　　　　　　　　　08 CV 02494

BUDDHA-BAR NYC, LITTLE REST
TWELVE, INC., et al.,

        Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK　　)
　　　　　　　　　　　　　S.S.:
COUNTY OF ALBANY　　)

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 24TH day of March, 2008, at approximately the time of 1:00P.M., at the office of the Secretary of State, of the State of New York in the City of Albany, New York, deponent served the SUMMONS AND COMPLAINT AND INDIVIDUAL PRACTICES OF JUDGE HAROLD BAER, JR., AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN AND LETTER REQUESTING PRODUCTION OF CLASS LIST AND LETTER REGARDING SPOILATION OF EVIDENCE AND CONTACTING MEMBERS OF THE PUTATIVE CLASS upon LITTLE REST TWELVE, INC., the defendant in this action, by delivering to and leaving with DONNA CHRISTIE agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306, Business Corporation Law.

        Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

DONNA CHRISTIE is a white female, approximately 45 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 145 pounds with blonde hair and blue eyes.

*Deborah LaPointe*
DEBORAH LaPOINTE

Sworn to before me this
24TH day of March, 2008

_____
NOTARY PUBLIC

```
FRANK J. PANUCCI
Notary Public, State of N.Y.
Qualified in Albany Co.
Reg. No. 4721156
Commission Expires July 31, 2010
```

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com

```
                  State of New York - Department of State
                              Receipt for Service


Receipt #:  200803240320                         Cash #: 200803240292
Date of Service:  03/24/2008                     Fee Paid: $40 - CHECK
Service Company:  10 D.L.S. INC. - 10

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:   LITTLE REST TWELVE, INC.



Plaintiff/Petitioner:
        REYES, ARTURO



Service of Process Address:
STERNIK & ZELTSER
119 W 72ND STR., #229
NEW YORK, NY 10023

                                                  Secretary of State
                                                  By  DONNA CHRISTIE
```