UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARTURO REYES, BRYON GOINS and
ARMANDO DE LA FUENTE PERALTA, on behalf
of themselves and all others similarly situated,

                        Plaintiffs,

-against-

BUDDHA-BAR NYC; LITTLE REST TWELVE,
INC.; NINA ZAJIC; DAVID KAY; and ABDUL
RAHMAN EL JASTIMI a/k/a PETER JASTIMI,

                        Defendants.

---

08 CV 02494 HB

NOTICE OF
MOTION TO DISMISS

**PLEASE TAKE NOTICE** that, upon the annexed Affidavit of Peter Biging, Esq., dated June 30, 2008, the exhibits annexed thereto, and the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiffs' Class Action Complaint, Defendant LITTLE REST TWELVE, INC. d/b/a BUDDHA BAR-NYC ("Defendant" or "Buddha Bar") will move this Court, Harold Baer, Jr., J. U.S.D.J., in Room 23B, United States Courthouse, 500 Pearl Street, New York, New York 10007 on a date to be determined by this Court for an Order:

    (a)    pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Plaintiffs' Complaint as against Buddha Bar; and

    (b)    for such other, further and different relief as this Court may deem just and proper.

Dated: New York, New York
           June 30, 2008

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Attorneys for the Defendant*
Little Rest Twelve, Inc. d/b/a Buddha Bar-NYC

By: _____
Peter J. Biging, Esq. (PB9913)
199 Water Street, Twenty-Fifth Floor
New York, New York 10038
(212) 232-1300

TO: Allegra Fishel, Esq.
OUTTEN & GOLDEN, LLP
*Attorneys for Plaintiffs*
3 Park Avenue, 29th Floor
New York, New York 10016
(212) 245-1000

4826-3218-3042.1