UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Arturo Reyes, Bryon Goins and Armando
de la Fuente Peralta, on behalf of themselves
and all others similiarly situated,
        Plaintiff(s),

   -against-

Buddha-Bar NYC; Little Rest Twelve, Inc.;
Nina Zajic; David Kay; and Abdul Rahman
EL Jastimi a/k/a Peter Jastimi,
        Defendant(s).
----------------------------------------------------------X

Judge Baer
Index No. 08 CV 02494

AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                S.S.:
COUNTY OF NEW YORK)

       DARRYL A. GREEN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 19th day of June 2008, at approximately 6:24 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS COMPLAINT JURY TRIAL DEMANDED AND JUDGES' RULES** upon Buddha-Bar NYC at 25 Little West 12th Street, NYC 10014, by personally delivering and leaving the same with Melissa Gordon, who informed deponent that she is authorized by appointment to receive service at that address.

       Melissa Gordon is a white female, approximately 30 years of age, stands approximately 5 feet 6 inches tall and weighs approximately 140 pounds with brown hair and brown eyes.

_____
DARRYL A. GREEN #0866535

Sworn to before me this
24TH day of June 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012