**Bemovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Arturo Reyes, Bryon Goins and Armando
de la Fuente Peralta, on behalf of themselves
and all others similarly situated,
       Plaintiff(s),

   -against-

Buddha-Bar NYC; Little Rest Twelve, Inc.;
Nina Zajic; David Kay; and Abdul Rahman
EL Jastimi a/k/a Peter Jastimi,
       Defendant(s).
-------------------------------------------------------X

Judge Baer
Index No. 08 CV 02494

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                    S.S.
COUNTY OF NEW YORK)

    ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

    That on the 24th day of June 2008, at approximately the time of 1:25 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS COMPLAINT JURY TRIAL DEMANDED AND JUDGES' RULES** upon Nina Zajic at 17 Little West 12th Street, Suite 315, New York, NY 10014, by personally delivering and leaving the same with "Jane Doe", Receptionist-(refused to give her name) a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if Nina Zajic is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

    "Jane Doe" is a white female, approximately 32 years of age, stands approximately 5 feet 9 inches tall and weighs approximately 135 pounds with blonde hair and blue eyes.

    That on the 27th day of June 2008, deponent served another copy of the foregoing upon Nina Zajic at 17 Little West 12th Street, Suite 315, New York, NY 10014, by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York.

*Robert Mills*
ROBERT MILLS #1004298

Sworn to before me this
30th day of June 2008

NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com