# LEWIS BRISBOIS BISGAARD & SMITH LLP

ATTORNEYS AT LAW

199 WATER STREET, SUITE 2500, NEW YORK, NY 10038
PHONE: 212.232.1300 | FAX: 212.232.1399 | WEBSITE: www.lbbslaw.com

PETER J. BIGING
DIRECT DIAL: 212.232.1363
E-MAIL: biging@lbbslaw.com

July 3, 2008

FILE NO.
50130-149

**VIA FACSIMILE AND FIRST CLASS MAIL**
**(212) 805-7901**

The Honorable Judge Harold Baer, Jr.
United States District Court, Southern District
of New York
500 Pearl Street
Chambers 2230
New York, New York 10007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-3-08

Re: <u>Arturo Reyes, et al. v. Buddha-Bar NYC, et al.</u>
S.D.N.Y., Docket No. 08 CV 02494

Dear Judge Baer:

This firm represents Defendants Little Rest Twelve Inc. d/b/a Buddha-Bar NYC ("Buddha Bar"), Nina Zajic, David Kay and Abdul Rahman el Jastimi a/k/a Peter Jastimi in the above-referenced matter.

I write to request an adjournment of the July 10, 2008 initial conference. I will be on trial starting July 9, 2008 in the Supreme Court of New York, County of New York for the matter entitled <u>324 East 9th Street Corp. v. Acordia Northeast-New York</u>, Index No. 100885/04 (Kornreich, J.). It is anticipated that the trial will last no more than 7 days.

I have advised counsel for Plaintiffs of this conflict, and counsel has consented to an adjournment, subject to the Court's determination. It is respectfully requested that the conference be rescheduled for July 21st, 23rd, 24th or a date convenient for the Court.

ATLANTA | CHICAGO | FORT LAUDERDALE | LAFAYETTE | LAS VEGAS | LOS ANGELES | NEW ORLEANS | NEW YORK
ORANGE COUNTY | PHOENIX | SACRAMENTO | SAN BERNARDINO | SAN DIEGO | SAN FRANCISCO | TAMPA | TUCSON

4850-1369-9330.1

The Honorable Judge Harold Baer, Jr.
July 3, 2008
Page 2

                                      Respectfully,

                                        Peter J. Biging of
                                        LEWIS BRISBOIS BISGAARD & SMITH LLP

PJB
Enc.
cc:    Allegra L. Fishel, Esq. (via facsimile and first class mail)



The Pretrial conference is now scheduled for August 21, 2008 2pm

SO O[RDERED]

*Harold Baer*

7/3/08