# LEWIS BRISBOIS BISGAARD & SMITH LLP

ATTORNEYS AT LAW

199 WATER STREET, SUITE 2500, NEW YORK, NY 10038
PHONE: 212.232.1300 | FAX: 212.232.1399 | WEBSITE: www.lbbslaw.com

PETER J. BIGING
DIRECT DIAL: 212.232.1363
E-MAIL: biging@lbbslaw.com

August 15, 2008

50130-149

**VIA FACSIMILE**
**(212) 805-7901**

AUG 15 2008

The Honorable Judge Harold Baer, Jr.
United States District Court, Southern District
of New York
500 Pearl Street
Chambers 2230
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08
```

Re: Arturo Reyes, et al. v. Buddha-Bar NYC, et al.
S.D.N.Y., Docket No. 08 CV 02494

Dear Judge Baer:

This firm represents Defendants Little Rest Twelve, Inc. d/b/a Buddha Bar, Nina Zajic, David Kay and Abdul Rahman el Jastimi a/k/a Peter Jastimi in the above-referenced matter.

On July 22, 2008, the parties filed a joint Stipulation (which the Court so Ordered) granting the defendants thirty (30) days to re-file their Motion to Dismiss and/or file a responsive pleading while the parties agreed to meet and confer regarding possible settlement. While the parties have, in fact, commenced settlement discussions, further discussions beyond an initial preliminary meeting have been delayed due to a death in the family of one of the lawyers involved in the settlement discussions, and consequent delays in defendants' efforts to supply certain documents and information requested by counsel for plaintiffs. As such, the parties respectfully request that this case be stayed an additional thirty (30) days to allow the parties additional time to continue their settlement discussions, and determine if an early resolution of the case can be achieved.

ATLANTA | CHICAGO | FORT LAUDERDALE | LAFAYETTE | LAS VEGAS | LOS ANGELES | NEW ORLEANS | NEW YORK
ORANGE COUNTY | PHOENIX | SACRAMENTO | SAN BERNARDINO | SAN DIEGO | SAN FRANCISCO | TAMPA | TUCSON

4850-9681-0242.1

As detailed in the attached Stipulation, counsel for both Plaintiffs and the Defendants request that the time period in which Defendants may file a responsive pleading or re-file their Motion to Dismiss be stayed for an additional 30 days, until and including September 18, 2008. The parties further respectfully request that the initial conference currently scheduled for August 21, 2008 be rescheduled to a date after October 8, 2008, so that it takes place after any amended pleading has been filed. It is respectfully requested the Court so Order the Stipulation.

Respectfully,

Peter J. Biging of
LEWIS BRISBOIS BISGAARD & SMITH LLP

PJB

Enclosure

cc: Allegra Fishel, Esq. (via facsimile)
    Andrew Hoffman, Esq. (via facsimile)

[handwritten note, partially illegible: "I'll agree to the Sept 18, '08 adjournment to the PTC request, but does at least look like the litigation has moved off the dime."]

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 8/19/08

4850-9681-0242.1

Endorsement:

    I'll grant the adjournment to September 18, 2008 but deny the PTC request.  Let's at least look like the litigation has moved off the dime.