**Outten & Golden LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Allegra Fishel (AF 4866)
Linda A. Neilan (LN 4095)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ARTURO REYES, BRYON GOINS and ARMANDO DE LA FUENTE PERALTA, on behalf of themselves and all others similarly situated,**<br><br>        **Plaintiffs,**<br><br>    **-against-**<br><br>**BUDDHA-BAR NYC; LITTLE REST TWELVE, INC.; NINA ZAJIC; DAVID KAY; and ABDUL RAHMAN EL JASTIMI a/k/a PETER JASTIMI,**<br><br>        **Defendants.** | **NOTICE OF APPEARANCE**<br><br>**08-cv-2494** |

PLEASE TAKE NOTICE that Linda A. Neilan of Outten & Golden LLP hereby appears in the above-entitled proceeding on behalf of Plaintiffs, Arturo Reyes, Bryon Goins, and Armando de la Fuente Peralta, individually, and on behalf of a class of others similarly situated, and that she hereby demands service upon her of a copy of all subsequent written communications or notices to said party in this proceeding.

Counsel certifies that she is admitted to practice in this court.

Dated:  New York, New York
        August 19, 2008

                                        /s/ Linda A. Neilan
                                        Linda A. Neilan (LN 4095)

                                        Linda A. Neilan (LN 4095)
                                        Outten & Golden LLP
                                        3 Park Avenue, 29th Floor
                                        New York, New York 10016
                                        Telephone:  212-245-1000

                                        *Attorneys for Plaintiffs*